UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OAKLAND PRO SOCCER LLC d/b/a OAKLAND ROOTS SPORTS CLUB,<br><br>Plaintiff,<br><br>v.<br><br>G.E.F. LOGISTICS, INC.,<br><br>Defendant. | C23-5231 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Oakland Pro Soccer LLC is DIRECTED to file, no later than Friday, April 7, 2023, an amended disclosure statement pursuant to Local Civil Rule 7.1, disclosing, without limitation, (i) each of its members or owners, and (ii) the citizenship of each of its members or owners (including Oakland Soccer Opportunity Fund LLC) so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was filed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens.").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1